IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>THOMAS P. RANES, )<br>NOPENON DENNIS SHINE, )<br>DYLAN N. BALES, )<br>CURTIS H. MCDONALD, )<br>KEVIN A. BROWNING, and )<br>ROBERT H. MCDONALD, )<br>  )<br>Defendants. ) | Case No. 3-06-cr-00041-RRB-JDR |

## ORDER

## [UNDER SEAL]

IT IS ORDERED that the Indictment in this case be sealed pending further application by the United States.

Date: 4/19/2006        /s/ John D. Roberts
                       JOHN D. ROBERTS
                       UNITED STATES MAGISTRATE JUDGE