DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
MICHAEL J. BURKE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cr-041-RRB |
| ) | |
| Plaintiff, ) | **MOTION TO UNSEAL** |
| ) | **INDICTMENT** |
| vs. ) | |
| ) | |
| THOMAS P. RANES, ) | |
| NOPENON DENNIS SHINE, ) | |
| DYLAN N BALES, ) | |
| CURTIS H. MCDONALD, ) | |
| KEVIN A. BROWNING, and ) | |
| ROBERT H. MCDONALD, ) | |
| ) | |
| Defendants. ) | |

COMES NOW  Plaintiff, the United States of America, through its undersigned

Assistant United States Attorney,  moves this Court for an order unsealing the indictment in this

case. The defendants were arrested on April 22, 2006 on the charges contained therein, and need to be brought before the Court for their initial appearance on this indictment.

   RESPECTFULLY SUBMITTED this  23rd  day of April, 2006 in Anchorage, Alaska.

           DEBORAH M. SMITH
           Acting United States Attorney

           s/ Frank V. Russo
           Assistant U.S. Attorney
           Federal Building & U.S. Courthouse
           222 West Seventh Avenue, #9, Room 253
           Anchorage, Alaska  99513-7567
           (907) 271-5071
           (907) 271-1500 (fax)
           Frank.Russo@usdoj.gov