IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THOMAS P. RANES,<br>NOPENON DENNIS SHINE,<br>DYLAN N BALES,<br>CURTIS H. MCDONALD,<br>KEVIN A. BROWNING, and<br>ROBERT H. MCDONALD,<br><br>　　　　　Defendants. | )  Case No. 3:06-cr-041-RRB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Application having been made to this court by the United States of America for an order unsealing the above-captioned indictment so that the above-captioned defendants may be arraigned on this indictment.

IT IS ORDERED that the above-captioned indictment shall be unsealed for all purposes.

Date: _____      _____
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE