IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS P. RANES,<br>NOPENON DENNIS SHINE,<br>DYLAN N BALES,<br>CURTIS H. MCDONALD,<br>KEVIN A. BROWNING, and<br>ROBERT H. MCDONALD,<br><br>Defendants. | )  Case No. 3:06-cr-041-RRB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Application having been made to this court by the United States of America for an order unsealing the above-captioned indictment so that the above-captioned defendants may be arraigned on this indictment.

IT IS ORDERED that the above-captioned indictment shall be unsealed for all purposes.

Dated at Anchorage, Alaska, April 24, 2006.

/s/ John D. Roberts
JOHN D. ROBERTS
U.S. Magistrate Judge