AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

District of __Alaska__

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>NOPENON DENNIS SHINE<br>*Defendant* | ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT<br><br>Case Number: 3:06-cr-00041-02-RRB |

Upon motion of the __defendant__, it is ORDERED that a detention hearing is set for __5-2-06__* at __3:30 pm__
                                  *Date*                             *Time*

before __JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE__
                           *Name of Judicial Officer*

                           *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.
                           *Other Custodial Official*

REDACTED SIGNATURE

Date: __April 25, 2006__            JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.