```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.  NOPENON DENNIS SHINE     CASE NO. 3:06-cr-00041-02-RRB
Defendant: X Present X In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          ROBIN M. CARTER

UNITED STATES' ATTORNEY:        FRANK RUSSO/MIKE BURKE

DEFENDANT'S ATTORNEY:           MIKE DIENI - APPOINTED

U.S.P.O.:                       PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 4/25/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:22 a.m. court convened.

X Copy of Indictment given to defendant; waived reading.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X Defendant stated true name: Nopenone Dennis Shine    Age: 42

X Defendant sworn.

X Financial Affidavit **FILED.**
  X Federal Public Defender accepted appointment; FPD notified.

X PLEAS: Not guilty to counts 1-2, Denied count 141

X Defendant detained/Detention Hearing set for **May 2, 2006 at 3:30 p.m.**  Order of Temporary Detention **FILED.**

X Pretrial motions due **May 23, 2006**     ; Order For the
  Progression of a Criminal Case **FILED.**

X Counsel advised of trial date: **June 26, 2006**

X OTHER: Meet and confer by **5/2/06**; discovery due by   **5/9/06.**

At 10:40 a.m. court adjourned.

DATE: April 25, 2006           DEPUTY CLERK'S INITIALS:    Rc