AO 442 (Rev. 12/85) Warrant for Arrest

RECEIVED

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

MAY 0 3 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNITED STATES OF AMERICA

V.

NOPENON DENNIS SHINE

## ** S E A L E D **
## WARRANT FOR ARREST

CASE NUMBER: 3:06-00041-02RRB

U.S. MARSHALS SERVICE ALASKA
RECEIVED

To:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest NOPENON DENNIS SHINE bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment   [] Information   [] Complaint   [] Order of Court   [] Violation Notice   [] Probation Violation Petition

charging him or her with (brief description of offense):
21:963, 952, 960(a), (b)(1), (b)(3) - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES - Ct 1
21:846, 841(a)(1), (b)(1)(A) - CONSPIRACY IN RELATION TO MARIJUANA TRAFFICKING - Ct 2
21:853(a)(1), (a)(2) - DRUG FORFEITURE - Ct 141

| | |
|---|---|
| Ida Romack | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| by _____ Deputy Clerk | April 19, 2006 |
| Signature of Issuing Officer | Date and Location |
| Bail Fixed at $ to be determined | by Magistrate Judge John D. Roberts |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at: _____

ANCHORAGE ALASKA

| DATE RECEIVED 20 APR 2006 | NAME AND TITLE OF ARRESTING OFFICER SA MARK SCHMIOT | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 22 APR 2006 | DEA | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Nopenon Dennis Shine

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRT.

SOCIAL SECURITY NUMBER:

HEIGHT: 5'6                    WEIGHT: 160

SEX: MALE                    RACE: Asian

HAIR: Black                EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS