Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>NOPENON DENNIS SHINE,<br><br>                  Defendant. | Case No. 3:06-cr-0041-02-RRB<br><br>NON-OPPOSED MOTION TO CONTINUE TRIAL |

       Defendant, Nopenon Dennis Shine, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order setting a status hearing to reset the trial date.  The current trial date of June 26, 2006, cannot be met due to the complexity of the case and the volume of discovery.  18 U.S.C. § 3161(h)(8)B.  This is the defendant's first motion to continue the trial.

       This motion is non-opposed by Assistant United States Attorney Frank Russo.

       This case appears to be the culmination of an investigation spanning years.  Presently, the case includes six defendants, but the case appears to involve numerous

others in various roles.  Discovery received to date includes a CD with more than 3,700 scanned pages of discovery.  In addition, Mr. Shine still awaits the copying of audio and video files that are alleged to include 11 DVDs, 95 CDs, and 121 VHS tapes.  The material will exceed $2,000 in costs just to copy.

Given this volume of material, it is not unreasonable to contemplate a continuance of eight months to a year for a trial date.  A status hearing is necessary, with all parties present, to determine a realistic trial date.

DATED this 23rd day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 25, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Frank V. Russo, Esq.

/s/ Michael D. Dieni