UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

              Plaintiff,

    vs.

NOPENON DENNIS SHINE,

              Defendant.

Case No. 3:06-cr-0041-02-RRB

PROPOSED
ORDER CONTINUING TRIAL

        After due consideration of defendant's unopposed Motion to Continue Trial, the motion is GRANTED.  A scheduling conference shall be held in this matter on _____, 2006, at _____ a.m./p.m., to reschedule the trial date.

        DATED this _____ day of _____, 2006 in Anchorage, Alaska.


_____
Ralph R. Beistline
United States District Court Judge