Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NOPENON DENNIS SHINE,<br><br>　　　　　　Defendant. | Case No. 3:06-cr-0041-02-RRB<br><br>NON-OPPOSED MOTION TO<br>CONTINUE MOTIONS DEADLINE |

　　　　　Defendant, Nopenon Dennis Shine, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order continuing the motions deadline. As set forth in an accompanying motion to continue trial, the case is complex.  The government, through Assistant United States Attorney Frank Russo has agreed to non-oppose this motion.  It is requested that an appropriate new motions date be set in conjunction the outcome of Mr. Shine's non-opposed motion to continue trial.

///

///

DATED this 23rd day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 23, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Frank V. Russo, Esq.

/s/ Michael D. Dieni