UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>NOPENON DENNIS SHINE,<br><br>                Defendant. | Case No. 3:06-cr-0041-02-RRB<br><br>PROPOSED<br>ORDER REGARDING MOTIONS DEADLINE |

       After due consideration of defendant's unopposed Motion to Continue Motions Deadline, the motion is GRANTED.

       DATED this _____ day of _____, 2006 in Anchorage, Alaska.

                                                             _____<br>                                                                   John D. Roberts<br>                                                          United States Magistrate Judge