IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS P. RANES,<br>NOPENONE DENNIS SHINE,<br>DYLAN N. BALES,<br>CURTIS H. MCDONALD,<br>KEVIN A. BROWNING,<br>ROBERT H. MCDONALD,<br>JOSHUA S. MURPHY,<br>JUSTIN KILLIAN,<br>RODNEY W. RHODEN,<br>JAMES ROBERT RANES,<br>SAMUEL JOSEPH MATECHUK,<br>    a/k/a "Joe",<br>MITCHELL S. LEBLANC,<br>    a/k/a "Baldie",<br>DANIEL J. KNEITEL,<br>    a/k/a "Aussie", a/k/a "Ozzy",<br>KURTIS R. CROY,<br>    a/k/a "the Photographer", and<br>KYLE MCDONALD-<br>WOLOCHATIUK,<br><br>Defendants. | ) Case No. 3:06-cr-00041-RRB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Application having been made to this court by the United States of America for

an order unsealing the above-captioned indictment so that the above-captioned defendants may be arraigned on this superseding indictment.

IT IS ORDERED that the above-captioned superseding indictment shall be unsealed for all purposes.

Date: _____       _____
                            UNITED STATES MAGISTRATE JUDGE