IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00041-RRB |
| Plaintiff, | ) | |
| vs. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| THOMAS P. RANES, NOPENONE DENNIS SHINE, DYLAN N. BALES, CURTIS H. MCDONALD, KEVIN A. BROWNING, ROBERT H. MCDONALD, JOSHUA S. MURPHY, JUSTIN KILLIAN, RODNEY W. RHODEN, JAMES ROBERT RANES, SAMUEL JOSEPH MATECHUK, a/k/a "Joe", MITCHELL S. LEBLANC, a/k/a "Baldie", DANIEL J. KNEITEL, a/k/a "Aussie", a/k/a "Ozzy", KURTIS R. CROY, a/k/a "the Photographer", and KYLE MCDONALD-WOLOCHATIUK, | ) | |
| Defendants. | ) | |

## **ORDER**

Application having been made to this court by the United States of America for

an order unsealing the above-captioned indictment so that the above-captioned defendants may be arraigned on this superseding indictment.

IT IS ORDERED that the above-captioned superseding indictment shall be unsealed for all purposes.

Date: 6/26/06               /s/ John D. Roberts
                            JOHN D. ROBERTS
                            UNITED STATES MAGISTRATE JUDGE