MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __NOPENON DENNIS SHINE__    CASE NO. _3:06-cr-00041-02-RRB_
Defendant: X Present X In Custody

BEFORE THE HONORABLE:_____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER:_____ROBIN M. CARTER_____

UNITED STATES' ATTORNEY:_____FRANK RUSSO_____

DEFENDANT'S ATTORNEY:_____MIKE DIENI_____

U.S.P.O.:_____BARBARA BURTON_____

PROCEEDINGS: ARRAIGNMENT ON SUPERSEDING INDICTMENT
            HELD 6/27/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:30 a.m. court convened.

X Copy of Superseding Indictment given to defendant; waived
  reading.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X PLEAS: Not guilty to counts_1-2, and denied count 144 of the___
  Superseding Indictment._____

X Detention continued as previously set.

X Counsel advised of trial date:_**2/12/07 at 8:30 a.m.; FPTC set**_
  **2/02/07 at 9:00 a.m. Court to issue order re pretrial motions.**
  Counsel to meet and confer by **7/15/06**._____

At 10:36 a.m. court adjourned.

DATE:_June 27, 2006_____ DEPUTY CLERK'S INITIALS:___rc_____