Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  vs.<br><br>NOPENON DENNIS SHINE,<br><br>     Defendant. | Case No. 3:06-cr-0041-02-RRB<br><br>**ENTRY OF APPEARANCE** |

    Kevin F. McCoy, Assistant Federal Public Defender for the District of Alaska, hereby enters his appearance as co-counsel for the Defendant NOPENON DENNIS SHINE in the above-captioned action.

    DATED this 14th day of November 2006.

         Respectfully submitted,

         /s/ Kevin F. McCoy
         Assistant Federal Defender
         601 West 5th Avenue, Suite 800
         Anchorage, AK  99501
         Ph:  (907) 646-3400
         Fax:  (907) 646-3480
         kevin_mccoy@fd.org

Certification:

I certify that on November 14, 2006,
a copy of the **Entry of Appearance** was
served electronically on:

Frank V. Russo, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Kevin F. McCoy