```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs  NOPENON DENNIS SHINE    CASE NO.  3:06-CR-00041-02-RRB
Defendant: X Present      X In Custody

BEFORE THE HONORABLE          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

UNITED STATES ATTORNEY:       FRANK RUSSO

DEFENDANT'S ATTORNEY:         MIKE DIENI and KEVIN MCCOY

U.S.P.O.:                     PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT
             Held 12/20/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:03 p.m. court convened.

 X Copy of Second Superseding Indictment given to defendant:
waived reading.

 X Defendant advised of general rights, charges and penalties;
waived full advisement of rights.

 X Defendant waived reading of the Second Superseding Indictment.

 X PLEAS: Not Guilty to Counts 1,2 and 141 of the Second
Superseding Indictment.

 X Defendant's detention continued.

 X Pretrial motions due January 12, 2007 with respect to new
allegations only.

 X OTHER: Court directed counsel to file Attorney Conference
Certificate on or before December 29, 2006.  Court directed
counsel to indicate defendant's number on all pleadings that are
filed.

At 2:13 p.m.




DATE:   December 20, 2006      DEPUTY CLERK'S INITIALS:   ce
```