Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>NOPENON DENNIS SHINE,<br><br>　　　　　　Defendant. | Case No. 3:06-cr-0041-02-RRB<br><br>**NON-OPPOSED MOTION TO CONTINUE TRIAL** |

　　　　Defendant Nopenon Dennis Shine, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order setting a status hearing to reset the trial date.  The current trial date of February 12, 2006, cannot be met due to the complexity of the case and the volume of discovery.  18 U.S.C. § 3161(h)(8)B.  This is the defendant's second motion to continue the trial.  The first motion to continue was filed on or about May 23, 2006, and the then trial date of June 26, 2006, was moved to the present date.  At that time, the court declared the case "complex" for purposes of speedy trial rules.

This motion is non-opposed by the government through Assistant United States Attorney Frank Russo. He requests that any status hearing on the matter be set after Tuesday, December 26, 2006.

Undersigned counsel has not conversed with all other defense counsel involved in this case. However, based upon informal conversations with several of the other lawyers representing other defendants still involved in the case, it seems unlikely that any of them will object to some sort of continuance. Getting everyone to agree on a particular date will require a status hearing.

The case is now even more complex. Since the first motion to continue the trial, the government has superceded twice, adding defendants, for a current total of 17 defendants. The most recent indictment was published December 19, 2006, and added two new defendants. Most significant to three of the defendants, Mr. Shine, Mr. Ranes, and Mr. Curtis McDonald, the government is now alleging as an overt act that a murder occurred in the context of the drug conspiracy.

In addition, the government has indicated that it will be producing a great deal of new discovery, including 30 CDs and about a "foot deep" of new paper documentation. This new discovery is in addition to previous provided discovery, that included a CD with more than 3,700 scanned pages of discovery, recordings of over 3,000 phone calls, videotape surveillance covering months at a time, and approximately two dozen face-to-face undercover recorded conversations. (11 DVDs, 95 CDs, and 121 VHS tapes.)

Although very little of this discovery appears to involve Mr. Shine, he is still required to prepare for all of it. Furthermore, there will be a potential need to file a variety of pretrial motions.

Given this volume of material, and the gravity of the new allegations, it is not unreasonable to contemplate a continuance of six months to a year for a trial date. A status hearing is necessary, with all parties present, to determine a realistic trial date.

DATED this 21st day of December 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:
I certify that on May 25, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Frank V. Russo, Esq.

/s/ Michael D. Dieni