UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NOPENON DENNIS SHINE,<br><br>　　　　　　Defendant. | Case No. 3:06-cr-0041-02-RRB<br><br>**PROPOSED ORDER SETTING STATUS CONFERENCE** |

　　　　After due consideration of Defendant's Non-opposed Motion to Continue Trial, the motion is GRANTED.

　　　　IT IS HEREBY ORDERED that a status hearing to reset the trial date of February 12, 2006, is scheduled for _____, 2006, at _____ __.m.

　　　　DATED this ____ day of _____, 2006 in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge