UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>　USA　</u>   v.   <u>　RANES, et al.　</u>

DATE:   <u>　December 22, 2006　</u>   CASE NO.   <u>　3:06-cr-0041-RRB　</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

      Pursuant to the Non-Opposed Motion to Continue Trial filed by Defendant Shine at Docket 322, a status hearing regarding the trial date will be held on **Thursday, January 11, 2007,** at **8:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING