UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>NOPENON DENNIS SHINE,<br><br>        Defendant. | Case No. 3:06-cr-0041-02-RRB<br><br>PROPOSED<br>ORDER CONTINUING MOTIONS DEADLINE |

After due consideration of defendant's Motion to Continue Motions Deadline, the motion is GRANTED. Motions deadlines are set as follows:

1. Multiplicity, duplicity, bill of particulars, and discovery motions due **March 1, 2007**

2. Motions to suppress, Fourth and Fifth Amendment related, due **April 15, 2007**

3. Severance motions due **May 15, 2007**

4. Government expert notices due **July 15, 2007**

5. Motions in limine due **September 15, 2007**

DATED this ____ day of _____, 2007, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge