Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NOPENON DENNIS SHINE,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0041-02-RRB<br><br>DEFENDANT SHINE'S NON-OPPOSITION TO GOVERNMENT'S MOTION TO CONTINUE DEADLINE FOR RESPONSES TO COMPEL, AT DOCKET NO. 380 |

　　　　Defendant, Nopenon Dennis Shine, by and through counsel Michael Dieni, Assistant Federal Defender, hereby notifies the court and the parties that he does not oppose the Government's Motion to Continue Deadline for Responses to Compel, filed at Docket No. 380.

///

///

///

///

DATED this 6th day of March, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on March 6, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Frank V. Russo, Esq.
James N. Barkeley, Esq.
Shawn C. Fuller, Esq.
Assistant United States Attorneys

/s/ Michael D. Dieni