Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>NOPENON DENNIS SHINE,<br><br>                Defendant. | Case No. 3:06-cr-0041-02-RRB<br><br>MOTION FOR PERMISSION TO FILE REPLY BRIEF TO GOVERNMENT'S PARTIAL OPPOSITION TO DEFENDANTS DISCOVERY MOTIONS, *Filed on Shortened Time* |

Defendant, Nopenon Dennis Shine, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for permission to file a reply brief to the government's partial opposition to the defendants' motion for discovery.

Mr. Shine's chief concern relates to the government's discussion of *Brady*, *Giglio*, and "materiality."[1]  Mr. Shine is surprised to observe that the government's brief repeatedly skews and sometimes misstates the law regarding the government's Due Process obligations.

---

[1] In addition, at a minimum, the government's discussion of "rough notes" requires further discussion.

These issues are particularly important in the present case as they relate to the Tom Cody homicide allegations contained in paragraphs 16 *et seq.* of the second superseding indictment. It is important to note that the allegation as it pertains to Mr. Shine came as a surprise to everyone. Mr. Cody's disappearance occurred in June 2005. Based on undersigned counsel's contact with the United States Attorney's Office beginning in May 2006, Mr. Shine was not even a serious suspect until late September or early October 2006. Although police immediately began investigating the disappearance as a homicide in mid-June 2005, Mr. Shine was not indicted until December 2006.

As a result, it is fair to presume that police conducted numerous interviews with people close to Mr. Cody (and Mr. Ranes), that did not point to Mr. Shine as a suspect and excluded Mr. Shine as a reasonable suspect. It is equally plausible that police received information pointing in other directions, evidence that is favorable to Mr. Shine in the defense of this case.

The government's mistaken interpretation of *Brady* and *Giglio* will allow the government to sit on and never disclose this sort of information. Mr. Shine believes that a reply brief will aid the court by clarifying and correcting the government's discussion of *Brady* and *Giglio*.

///
///
///
///
///

DATED this 15th day of March, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on March 15, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Frank V. Russo, Esq.
James N. Barkeley , Esq.
Shawn C. Fuller , Esq.
Assistant United States Attorneys

/s/ Michael D. Dieni