UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>NOPENON DENNIS SHINE,<br><br>               Defendant. | Case No. 3:06-cr-0041-02-RRB<br><br>PROPOSED<br>ORDER PERMITTING FILING OF<br>REPLY BRIEF |

After due consideration of defendant's motion on shortened time, the motion is GRANTED.

After due consideration of defendant's Motion for Permission to File Reply Brief to Government's Partial Opposition to Defendants Discovery Motions, the motion is GRANTED.  A reply brief may be filed on or before _____, 2007.

DATED this ____ day of _____, 2007 in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge