UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NOPENON DENNIS SHINE,<br><br>　　　　　Defendant. | Case No. 3:06-cr-00041-02-RRB<br><br><br>ORDER PERMITTING FILING OF<br>REPLY BRIEF  (Docket No. 396) |

　　　　　After due consideration of defendant's motion on shortened time, the motion is GRANTED.

　　　　　After due consideration of defendant's Motion for Permission to File Reply Brief to Government's Partial Opposition to Defendants Discovery Motions, the motion is GRANTED.  A reply brief may be filed on or before March 22, 2007.

　　　　　DATED this  15th  day of March, 2007, at Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　 /s/ John D. Roberts
　　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　United States Magistrate Judge