Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>NOPENONE DENNIS SHINE,<br><br>            Defendant. | Case No. 3:06-cr-0041-02-RRB<br><br>MOTION TO SUPPRESS DEFENDANT'S FIRST POLICE STATEMENT |

    Defendant, Nopenone Dennis Shine, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order suppressing his police statement.  Fifth Amendment, United States Constitution.  This motion is supported by the attached memorandum of law.  If this motion is opposed, Mr. Shine requests an evidentiary hearing.

///

///

///

///

DATED this 16th day of April, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on April 16, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Frank Russo, Esq.

/s/ Michael D. Dieni