Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NOPENONE DENNIS SHINE,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0041-02-RRB<br><br>**MOTION TO SUPPRESS EVIDENCE DERIVED FROM THE WARRANTLESS SEARCH OF CELL PHONE DATA MAINTAINED ON BEHALF OF NOPENONE DENNIS SHINE** |

　　　　Defendant, Nopenone Dennis Shine, by and through counsel Kevin F. McCoy, Assistant Federal Defender, asks this court for an order suppressing all evidence derived from the warrantless seizure of cellular telephone data maintained by any cellular telephone carrier, including Alaska Communications System, which identify the location of cellular telephone (907) 240-3314 as calls were made to and from it.  Suppression is appropriate because Mr. Shine had a reasonable expectation of privacy that his cellular telephone would not be used by the government as a tracking device.

　　　　This motion is submitted pursuant to the Fourth Amendment, Fed. R. Crim. P. 12(b), and is based upon the memorandum of law filed herewith.

DATED this 17th day of April, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
kevin_mccoy@fd.org

Certification:

I certify that on April 17, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Frank V. Russo, Esq.
James N. Barkeley , Esq.
Shawn C. Fuller , Esq.
Assistant United States Attorneys

/s/ Kevin F. McCoy