Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>NOPENONE DENNIS SHINE,<br><br>                    Defendant. | Case No. 3:06-cr-0041-02-RRB<br><br>**MOTION FOR EVIDENTIARY HEARING** |

      Defendant, Nopenone Dennis Shine, by and through counsel Kevin F. McCoy, Assistant Federal Defender, asks for an evidentiary hearing on his motion to suppress evidence derived from the warrantless seizure of cellular telephone data maintained on his behalf by Alaska Communications System and by other cellular telephone service providers.  He asks that the court schedule the evidentiary hearing at a date and time convenient for the court and counsel.

///

///

///

DATED this 17th day of April, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
kevin_mccoy@fd.org

Certification:

I certify that on April 17, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Frank V. Russo, Esq.
James N. Barkeley , Esq.
Shawn C. Fuller , Esq.
Assistant United States Attorneys

/s/ Kevin F. McCoy