UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>NOPENONE DENNIS SHINE,<br><br>            Defendant. | Case No. 3:06-cr-0041-02-RRB<br><br>PROPOSED<br>ORDER SCHEDULING<br>EVIDENTIARY HEARING |

After due consideration of defendant Nopenone Dennis Shine's Motion for Evidentiary Hearing, the court GRANTS the motion.

An evidentiary hearing regarding Mr. Shine's motion to suppress evidence derived from the warrantless seizure of cellular telephone data maintained on his behalf by Alaska Communications System and by other cellular telephone service providers shall be held on _____, 2007, at _____ a.m./p.m.

DATED this \_\_\_\_ day of _____, 2007, in Anchorage, Alaska.

                                             _____
                                                       John D. Roberts
                                           United States Magistrate Judge