UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
AT ANCHORAGE

IN RE APPLICATION OF THE UNITED ) 
STATES OF AMERICA FOR AN ORDER ) NO. 3-06-MJ-00232-JDR
PURSUANT TO 18 U.S.C.§ 2703 (c) & (d) )
) ORDER
) (Under Seal)

THIS MATTER having come before the Court pursuant to the Application of the United States of America, which Application requests that an order be issued directing the production of certain telephone records in the possession of Alaska DigiTel Wireless Communications ("Alaska DigiTel")

THE COURT FINDS that there is an ongoing criminal investigation into acts which would constitute violations of the United States Code.

THE COURT FINDS that the Applicant has offered specific and articulable facts showing that there is reasonable grounds to believe that the records of electronic or wire communications of the Alaska DigiTel phones identified by the number (907) 744-0219, (907) 744-1155, and (907) 229-0056 are relevant and material to the ongoing criminal investigation; and that the Application is made in good faith; and that disclosure of the Application by the United States and this Order could frustrate the on-going criminal investigation,

IT IS ORDERED, pursuant to Title 18, United States Code, Section 2703 (c) and (d), that the Custodian of Records for Alaska DigiTel provide to Special Agent Mark J. Schmidt, or his designee, subscriber, credit and note information, all authorized users, all additional Alaska DigiTel accounts, and *in electronic format*, call detail records (records of the phone numbers of *incoming and outgoing* phone calls), with cell site and locator information, for the following Alaska DigiTel phones identified by (907) 744-0219, (907)

744-1155, and (907) 229-0056 for a time period from 5/30/2005 through 6/3/2005. Alaska DigiTel shall provide cellular coverage area maps, propagation maps, and key information necessary to interpret this information.

IT IS FURTHER ORDERED that the Custodian of Records for any other companies with phone numbers that are reflected in the call detail records from Alaska DigiTel provide to Special Agent Mark J. Schmidt or his designee, call detail records (records of the phone numbers of *incoming and outgoing* phone calls), with cell site and locator information for a time period from 5/30/2005 through 6/3/2005, along with cellular coverage area maps, propagation maps and key information necessary to interpret this information.

IT IS FURTHER ORDERED that the Application and this Order be sealed and that employees or counsel of Alaska Digitel or any other company that provides records pursuant to this Order shall not provide any notice of this Order except to the extent necessary to carry out the Order.

IT IS FURTHER ORDERED that three certified copies of this Order and Application be provided by the Clerk of this Court to the United States Attorney's Office.

DATED this 8th day of December, 2006.

/s/ John D Roberts [seal affixed]
SIGNATURE REDACTED
UNITED STATES MAGISTRATE JUDGE