DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
MICHAEL T. BURKE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00041-RRB |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | RECEIPT FOR COPIES OF DISCOVERY |
| THOMAS P. RANES, NOPENONE DENNIS SHINE, DYLAN N. BALES, CURTIS H. MCDONALD, KEVIN A. BROWNING, ROBERT H. MCDONALD, JOSHUA S. MURPHY, JUSTIN KILLIAN, RODNEY W. RHODEN, JAMES ROBERT RANES, SAMUEL JOSEPH MATECHUK,   a/k/a "Joe", MITCHELL S. LEBLANC,   a/k/a "Baldie", DANIEL J. KNEITEL,   a/k/a "Aussie", a/k/a "Ozzy", KURTIS R. CROY,   a/k/a "the Photographer", and KYLE MCDONALD-WOLOCHATIUK, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

I, Michael Filipovic, on behalf of Thomas P. Ranes, do hereby acknowledge receipt of the

Exhibit C
Page 1 of 2

following materials disclosed pursuant to Rule 16, Fed. R. Crim. P., sent by FedEx to me on

August 10, 2006, consisting of four CDs labeled as follows:

    (1) 00000001 thru 00004239, 01-000001 thru 01-000010, and 01-10-000001

    (2) Call 1-43, 774-7617, 4/13 to 4/24/06

    (3) Call 1-52, 907-744-4246, 4/13 to 4/24/06

    (4) Call 1-2883, 907-229-0056, Audio & Data

***ACKNOWLEDGMENT BELOW CONSTITUTES CERTIFICATION THAT THE***
RECIPIENT HAS VERIFIED THE ITEMS RECEIVED
OR WILL DO SO WITHIN 48 HOURS AND
****IMMEDIATELY NOTIFY PLAINTIFF'S COUNSEL OF ANY ERRATA****

Date: 8-11-06

MICHAEL FILIPOVIC
Attorney for Thomas P. Ranes

2

Exhibit C
Page 2 of 2