IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00041-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **[PROPOSED] ORDER GRANTING MOTION TO STRIKE DEFENDANTS' MOTIONS AT DOCKETS 408, 415 and 419** |
| | ) | |
| THOMAS P. RANES, | ) | |
| NOPENONE DENNIS SHINE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

Having considered the motion filed by the United States to strike the motions filed by the defendants at dockets 408, 415, and 419, such motions are stricken, and any evidentiary hearing pertaining to such motions are hereby vacated.

**IT IS SO ORDERED**.

DATED this _____ of April, 2007, at Anchorage, Alaska.

_____
UNITED STATES MAGISTRATE JUDGE