NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00041-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO CONTINUE** |
| vs. | ) | **DEADLINE FOR** |
| | ) | **GOVERNMENT RESPONSES** |
| THOMAS P. RANES, and | ) | **TO DEFENDANTS'** |
| NOPENONE DENNIS SHINE, | ) | **MOTIONS** |
| | ) | |
| Defendants. | ) | |
| | ) | Filed on Shortened Time |
| | ) | |

COMES NOW the United States of America, though the undersigned

counsel, and moves this Court to continue the deadline for the Government to

respond to the following motions: Defendant Shine's Motion to Suppress First

Police Statement, filed at docket 408; Defendant Ranes' Motion to Suppress

Evidence of Defendant's Telephone Calls and Email Correspondence While in

Pretrial Detention, filed at docket 413; Defendant Ranes' Sealed Motion to

Suppress Computer and Email Account Evidence, filed at docket 415; and

Defendant Ranes' Sealed Motion to Suppress Electronic Surveillance Evidence,

filed at docket 419.  These motions, along with three other motions, were filed on

or about April 16, 2007, and the responses are due today, April 23, 2007.   The

United States is requesting until May 11, 2007, to respond to these motions.  This

motion is supported by the Declaration of Assistant United States Attorney Frank

V. Russo, filed concurrently herewith.

　　　RESPECTFULLY SUBMITTED this 23rd day of April, 2007, in

Anchorage, Alaska.

　　　　　　　　　　　　　　NELSON P. COHEN
　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　s/ Frank V. Russo
　　　　　　　　　　　　　　FRANK V. RUSSO
　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　Federal Building & U.S. Courthouse
　　　　　　　　　　　　　　222 West Seventh Avenue, #9, Room 253
　　　　　　　　　　　　　　Anchorage, Alaska  99513-7567
　　　　　　　　　　　　　　(907) 271-5071
　　　　　　　　　　　　　　(907) 271-1500 (fax)
　　　　　　　　　　　　　　Frank.Russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true
and correct copy of the foregoing was sent to
the following counsel of record on April 23, 2007, via:

      (X )Electronic Filing

Michael Filipovic and Michael Dieni

Executed at Anchorage, Alaska, on April 23, 2007

s/ Frank V. Russo_____
Office of the U.S. Attorney