Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   vs.<br><br>NOPENONE DENNIS SHINE,<br><br>                    Defendant. | Case No. 3:06-cr-0041-02-RRB<br><br>**MOTION ON SHORTENED TIME FOR LEAVE TO RESPOND TO THE GOVERNMENT'S OPPOSITION TO DENNIS SHINE'S MOTION TO SUPPRESS EVIDENCE DERIVED FROM THE SEIZURE AND SEARCH OF CELL PHONE DATA** |

Dennis Shine asks this court on shortened time for leave to file a reply to the government's opposition to his request that all evidence derived from the warrantless seizure and search of cell phone data be suppressed.  This issue presented is one of first impression and Mr. Shine wishes to respond to arguments challenging the need for an evidentiary hearing in connection with his suppression request.

This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED this 27th day of April 2007.

Respectfully submitted,

/s/ Kevin F. McCoy
Assistant Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
kevin_mccoy@fd.org

Certification:
I certify that on April 27, 2007,
a copy of the *Motion on Shortened Time for Leave to Respond to the Government's Opposition to Dennis Shine's Motion to Suppress Evidence Derived from the Seizure and Search of Cell Phone Data* was served electronically on:

Frank V. Russo, Esq.
James N. Barkeley , Esq.
Shawn C. Fuller , Esq.
Assistant United States Attorneys
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy