UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>NOPENONE DENNIS SHINE,<br><br>            Defendant. | Case No. 3:06-cr-0041-02-RRB<br><br>**PROPOSED ORDER** |

On consideration of Defendant Dennis Shine's shortened time request for leave to file a reply to the government's opposition at Docket No. 436;

IT IS HEREBY ORDERED:

The request is granted. The clerk of court is directed to accept for filing, Defendant Shine's reply to the government's opposition at Docket No. 436.

DATED this ____ day of April 2007, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
United States Magistrate Judge