Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NOPENONE DENNIS SHINE,<br><br>Defendant. | Case No. 3:06-cr-0041-02-RRB<br><br>NON-OPPOSED MOTION TO RESCHEDULE EVIDENTIARY HEARING, *Filed on Shortened Time* |

Defendant, Nopenone Dennis Shine, by and through counsel Michael Dieni, Assistant Federal Defender, provides notice that counsel for Mr. Shine has an unavoidable schedule conflict with regard to the May 8, 2007, evidentiary hearing. If available, Mr. Shine requests a date later in the week of May 7.

Counsel for Mr. Shine is required to begin trial on May 7 in the case of *United States v. Kenya Miller*, Case No. 3:07-cr-0019-RRB.  It is expected that this case will take no more than two days.  Counsel for Mr. Shine should be available as early as Wednesday, May 9.

This motion is non-opposed by Assistant United States Attorney Frank Russo.

DATED this 1st day of May, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 1, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Frank V. Russo, Esq.
James N. Barkeley , Esq.
Shawn C. Fuller , Esq.
Assistant United States Attorneys

/s/ Michael D. Dieni