UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> vs.<br><br>NOPENONE DENNIS SHINE,<br><br>     Defendant. | Case No. 3:06-cr-0041-02-RRB<br><br><br>PROPOSED<br>ORDER CONTINUING<br>EVIDENTIARY HEARING |

After due consideration of defendant's motion on shortened time, the motion is GRANTED.

After due consideration of defendant's unopposed motion to reschedule evidentiary hearing, the motion is GRANTED.  An evidentiary hearing regarding defendant's motion to suppress is hereby continued to _____, 2007, at _____ a.m./p.m.

DATED this ____ day of _____, 2007, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge