Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>NOPENONE DENNIS SHINE,<br><br>            Defendant. | Case No. 3:06-cr-0041-02-RRB<br><br>DEFENDANT SHINE'S MOTION FOR ORDER DIRECTING THE CLERK TO ACCEPT FOR FILING AUDIO CD, *Filed on Shortened Time* |

Defendant, Nopenone Dennis Shine, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court on shortened time for an order directing the Clerk of Court to accept for filing the CD of the status hearing regarding trial date in the above-styled case, which occurred on January 11, 2007.  This CD is an exhibit to Mr. Shine's Opposition to Government's Motion to Strike Pretrial Motions that will be filed on Thursday, May 3, 2007.

This motion is submitted on shortened time because Mr. Shine would like to file the CD at the same time he files his opposition.

DATED this 2nd day of May, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 2, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Frank V. Russo, Esq.
James N. Barkeley , Esq.
Shawn C. Fuller , Esq.
Assistant United States Attorneys

/s/ Michael D. Dieni