UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                Plaintiff,

     vs.

NOPENONE DENNIS SHINE,

              Defendant.

Case No. 3:06-cr-0041-02-RRB

PROPOSED
ORDER ALLOWING FILING OF
AUDIO CD

       After due consideration of defendant Shine's motion on shortened time, the court GRANTS the motion.

       It is further ordered that the Clerk of Court is directed to accept the audio recording of the January 11, 2007, status hearing regarding trial date in CD form for filing in this matter.

       DATED this _____ day of _____, 2007 in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge