MICHAEL FILIPOVIC
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100
Fax: (206) 553-0120
E-mail:  Michael_Filipovic@fd.org


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | DEFENDANT RANES'S JOINDER IN |
| | ) | DEFENDANT SHINE'S RESPONSE TO |
| v. | ) | THE GOVERNMENT'S OPPOSITION |
| | ) | (DOCKET NO. 436) TO HIS MOTION TO |
| THOMAS P. RANES, et al., | ) | SUPPRESS EVIDENCE DERIVED FROM |
| | ) | THE WARRANTLESS SEIZURE OF |
| Defendant. | ) | CELL PHONE DATA (DOCKET NO. 423) |
| | ) | |
| _____ | ) | |


COMES NOW Thomas P. Ranes, the defendant herein, by his attorney, Michael

Filipovic, Assistant Federal Public Defender for the Western District of Washington, and hereby

joins Defendant Shine's Response to the Government's Opposition (Docket No. 436) to His

Motion to Suppress Evidence Derived from the Warrantless Seizure of Cell Phone Data (Docket

No. 423).  Defendant Shines' Response is found at Docket No. 450.

In addition to joining in Defendant Shine's Response, the defendant Ranes acknowledges

that he bears the burden of establishing his legitimate expectation of privacy, or standing.

*U.S. v. Thomas P. Ranes et al.*
3:06-cr-00041-RRB-JDR                          1

*Rawlings v. Kentucky*, 448 U.S. 98 (1980); *United States v. Zermeno*, 66 F.3d 1058 (9th Cir.

1995).  The defendant Ranes is prepared to establish his standing at an evidentiary hearing in this

case with respect to the two cellular phones for which the government challenges his right to

standing.  *See* Gov't Opposition at p. 8 Dkt. No. 436.

　　　　　DATED this 7th day of May, 2007.

　　　　　　　　　　　　　　/s/ Michael Filipovic
　　　　　　　　　　　　　　MICHAEL FILIPOVIC
　　　　　　　　　　　　　　WSBA No. 12319
　　　　　　　　　　　　　　First Assistant Federal Public Defender
　　　　　　　　　　　　　　Attorney for Thomas P. Ranes
　　　　　　　　　　　　　　Federal Public Defender
　　　　　　　　　　　　　　1601 Fifth Avenue, Suite 700
　　　　　　　　　　　　　　Seattle, WA 98101
　　　　　　　　　　　　　　Tel. (206) 553-1100
　　　　　　　　　　　　　　Fax (206) 553-0120
　　　　　　　　　　　　　　Michael_Filipovic@fd.org

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 7, 2007, I electronically filed the foregoing DEFENDANT

RANES'S JOINDER IN DEFENDANT SHINE'S RESPONSE TO THE GOVERNMENT'S

OPPOSITION (DOCKET NO. 436) TO HIS MOTION TO SUPPRESS EVIDENCE DERIVED

FROM THE WARRANTLESS SEIZURE OF CELL PHONE DATA (DOCKET NO. 423) with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the following: Frank V. Russo, James N. Barkeley and Shawn C. Fuller, Assistant United States

Attorneys, Federal Building & U.S. Courthouse, 222 West 7th Avenue, #9, Room 253,

Anchorage, Alaska 99513.


/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org