```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. <u>  NOPENON DENNIS SHINE </u>  CASE NO.<u>  3:06-CR-00041-02-RRB </u>
Defendant:<u> X </u>Present   <u> X </u>In Custody

BEFORE THE HONORABLE:<u>                 JOHN D. ROBERTS                </u>

DEPUTY CLERK/RECORDER:<u>                CARLA POORMAN                  </u>

UNITED STATES' ATTORNEY:<u>              TOM BRADLEY                    </u>

DEFENDANT'S ATTORNEY:<u>                 MIKE DIENI                     </u>

PROCEEDINGS: EVIDENTIARY ON MOTION TO SUPPRESS DEFENDANT'S FIRST
             POLICE STATEMENT (DKT 408)Held 05-10-07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:32 a.m. court convened.

Court and counsel heard re Defendant's Sealed Motion to Suppress Second Police Statement (DKT 410) **UNDER ADVISEMENT**, written ruling to issue as soon as possible.

Court and counsel heard re Evidentiary Hearing on Defendant's Motion to Suppress (DKT 408).

Court and counsel heard re plaintiff's oral motion to continue Evidentiary Hearing on Motion to Suppress Defendant's First Police Statement (DKT 408) in order to hear from unavailable witness; **GRANTED.**

Continued Evidentiary on Motion to Suppress Defendant's First Police Statement (DKT 408) Hearing set **May 15, 2007 at 10:30 a.m.**

Michael W. Duxbury sworn and testified on behalf of Plaintiff.

Court ordered clerk to Order an expedited transcript of the hearing.

Defendant's detention continued.

List of Witnesses to be filed separately.

At 10:14 a.m. court adjourned.


DATE:<u>     May 10, 2007     </u>   DEPUTY CLERK'S INITIALS:<u>   CMP/CME   </u>