DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
MICHAEL T. BURKE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INTERCEPTION OF WIRE COMMUNICATIONS TO AND FROM:<br><br>PREPAID CELLULAR TELEPHONE NUMBER (907) 744-7617, BEARING HEX ELECTRONIC SERIAL NUMBER (ESN) 4259F393, HEREIN REFERRED TO AS TARGET TELEPHONE 2; and<br><br>PREPAID CELLULAR TELEPHONE NUMBER (907) 744-4246, BEARING HEX ELECTRONIC SERIAL NUMBER (ESN) 3DDB793C, HEREIN REFERRED TO AS TARGET TELEPHONE 3;<br><br>BOTH ISSUED BY ALASKA DIGITEL TO UNLISTED SUBSCRIBERS | Misc. No. 3:06-MC-00010-JWS<br><br><br>FILED UNDER SEAL |

    1.    **APPLICATION**

    2.    **AFFIDAVIT**

          A.    **Original Affidavit**

1

[certification stamp: true and correct copy of original filed in my office, dated 4-13-06, ___CK, Clerk, by Jan Richter, Deputy]

Exhibit 1

3. **AUTHORIZATION FROM DEPARTMENT OF JUSTICE**

4. **DESIGNATION OF AUTHORITY**

5. **ORDER AUTHORIZING THE INTERCEPTION OF WIRE COMMUNICATIONS**

6. **ORDER TO SERVICE PROVIDERS**

RESPECTFULLY SUBMITTED this 13th day of April, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov