**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | | | Page 1 of 4 | |
|---|---|---|---|---|---|
| 1. Program Code | 2. Cross File | Related Files | 3. File No.<br>RG-06-0018 | | ▬ |
| 5. By: Zachary Jones<br>At: Anchorage D.O. | ☐<br>☐<br>☐<br>☐<br>☐ | | 6. File Title RANES, Thomas | | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | | 8. Date Prepared<br>04/27/06 | | |
| 9. Other Officers: AST Michael Duxberry | | | | | |

| 10. Report Re: The Post Arrest Interview of Nopenon Dennis SHINE by AST Micheal Duxberry and SA Zachary Jones on 04/22/06. |
|---|

### SYNOPSIS

On April 22, 2006, Thomas RANES, Nopenon Dennis SHINE, Robert MCDONALD, Curtis MCDONALD, Dylan BALES and Kevin BROWNING were arrested pursuant a Federal Indictment from the Federal District of Alaska. SHINE waived his Miranda Warning and agreed to be interviewed by SA Zachary Jones and AST Michael Duxberry.

### DETAILS

1. Reference is made to the DEA 6 by SA Michael Foran, dated 04/23/06, titled "Execution of 3 S/Ws, Arrest of Thomas RANES, Kevin BROWNING, Robert MCDONALD and Dennis SHINE and Acquisition of Exhibit 2, N-100 to N-138 on 04/22/06".

2. On April 22, 2006, Nopenon Dennis SHINE was arrested at 6111 Quinhagak, Anchorage Alaska pursuant a Federal Arrest Warrant issued for his arrest from the Federal District of Alaska for violations of U.S.C. Title 21 841(a)1, 846 and 963 Conspiracy, importation and Possession with Intent to distribute marijuana.

3. Nopenon Dennis SHINE was transported to the Anchorage District Office for processing. During the processing, SA Zachary Jones as witnessed by AST Michael Duxberry read Shine his Miranda Warning from DEA Form 13a. SHINE waived his Miranda Warning and agreed to answer some questions.



| 11. Distribution:<br>▬<br>District<br>▬ | 12. Signature (Agent)<br><br>SA Zachary Jones | 13. Date<br>4/27/06 |
|---|---|---|
| | 14. Approved (Name and Title)<br>Mark Payne<br>Group supervisor | 15. Date |

DEA Form  - 6
(Jul. 1996)
ZJ

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.        Exhibit 1

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. RG-06-0018 | |
|---|---|---|
| | 3. File Title RANES, Thomas | |
| **4.** Page  2  of  4 | | |
| 5. Program Code | 6. Date Prepared 04/27/06 | |

4. SHINE advised SA Jones and Trooper Duxberry that SHINE lived at the residence located at 3794 Lincoln-Ellsworth, Anchorage, Alaska. SHINES says that he had just purchased the residence and made the down payment by using his 401K money, that he had accumulated from working two years as a welder in Fairbanks, Alaska. SHINE lives with his girlfriend, Sari Baley, and her niece. He did not actually work at Ranes and Shine LLC. However SHINES received paychecks from Ranes and Shine LLC. SHINES worked alone at the shop doing odd jobs and working during the night. SHINE considered Thomas RANES to be a good friend. SHINE has known Thomas RANES for more than four years and that SHINE had taught Thomas RANES how to weld. SHINE said he was friends with Dylan BALES. SHINE stated that he knew Kevin BROWNING, Justin KILLIAN, Rodney RHODEN and Lauchie JOHNSTON but was not good friends with any of them.

5. SHINE stated initially, that SHINE did not have anything to do with distributing marijuana. Thomas RANES had asked SHINE to make compartments in fuel tanks and trailers but SHINE did not want to know what RANES used them for. SHINE did not use marijuana because it made a person stupid and SHINE did not want any marijuana around his house. SHINE initially claimed he did not want to know what the hidden compartments that he manufactured inside of fuel tanks and trailers were used for. However, SHINE later admitted that he knew they were being used to smuggle marijuana from Canada into the United States.

6. SHINE said he built the hidden compartment in the gooseneck trailer use by the RANES DTO to transport what investigators believe was approximately 400 pounds on February 2, 2006 and approximately 347 pounds of marijuana which was seized on April 22, 2006. SHINES stated that he had built the toolboxes on each side of the trailer. **Note: The toolboxes on each side of the gooseneck trailer concealed from a side view the hidden compartment built into the middle of the trailer.**

7. SHINE said that he did not build the hidden compartments in a trailer that Rodney RHODEN used to transport what investigators believe to be approximately 250 pounds of marijuana from Canada to Anchorage Alaska in November 2004. On November 30, 2004, RHODEN was involved in an accident which damaged the trailer. SHINES stated that RANES had SHINES repair the damaged trailer.

---

DEA Form      - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

02-000002

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No.<br>RG-06-0018 | |
|---|---|---|
| | 3. File Title  RANES, Thomas | |
| 4.<br>Page  3  of  4 | | |
| 5. Program Code | 6. Date Prepared<br>04/27/06 | |

8. SHINE said that he had taken a trip to White Horse, Yukon Territories, in Canada at the time of the Yukon Quest.  RANES asked him to go to White Horse, Yukon Territories, in Canada. SHINE said he was given $2,000.00 expense money and instructed by RANES to take a spare tire in the back of his pickup truck across the boarder into Canada and onto White horse.  SHINE said he took his girlfriend Sari Baley with him on the trip.  SHINE never put the tire with the money inside the cab of his truck because he pretended like it was just a tire without anything in it that way he was not nervous.

9. He picked the tire up at the Ranes and Shine LLC.  The tire had already been packed and was full of air.  He was not present when the money was put in to the tire.  SHINE said he did not want to know what was in the tire but figure it was money.  He was instructed by RANES to call RANES when he got to White Horse. SHINE said the Canadians that were going to pick up the truck tire knew when SHINE was going to arrive.  After SHINES called RANES telling RANES he had arrived, SHINES checked into the hotel in the main part of White Horse.  SHINES claimed, that RANES had called someone in Canada and they came by and picked up the truck tire out of his truck.  SHINES claims to have never met the person[s] supposed Canadians that retrieved the tire from his truck.  SHINES was never given anything to bring back to Anchorage, Alaska for RANES.  He returned without a spare tire.  The reason SHINES did not stay in White Horse for the Yukon Quest dog sled races was that he did not have a reservation at a hotel.  All the places to stay were booked up and he got kicked out of the hotel.  So he returned to Alaska.

10.  SHINE admitted that he was present for some period of time on 2-2-06 after the marijuana had been unloaded from the gooseneck trailer at the 84th Street warehouse.  SHINE was asked by RANES to take two bags of marijuana weighing approximately twenty pounds each out of the triton snow machine trailer and drop them off in front of an old Chevy pickup truck out side the gate of the Ranes and Shine LLC business.  In order to accomplish this SHINE took two boxes and placed them in his truck and transported the marijuana to the location that RANES had asked him too.  SHINE took the black garbage bags containing twenty pounds each out of the boxes and made the drop.

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

02-000003

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** <br> *(Continuation)* | 1. File No. <br> RG-06-0018 | ▇▇▇▇▇▇ |
|---|---|---|
| | 3. File Title RANES, Thomas | |
| 4. <br> **Page  4  of  4** | | |
| 5. Program Code | 6. Date Prepared <br> 04/27/06 | |

11.   SHINE said he hauled the Triton snow machine trailer from 84th street warehouse to Ranes' residence located at 10433 Pickett Street, Anchorage, Alaska.  SHINES removed the two boxes of marijuana that he had placed in his truck and ultimately dropped off from the snow machine trailer.  SHINES could not tell how many more boxes of marijuana were in the trailer because it was dark in the trailer.

12.   SHINE said he was not a drug dealer. SHINE said he at no time ever made any money off of helping to distribute the marijuana for RANES.  The only reason SHINE dropped off the forty pounds of marijuana, was because his friend, RANES, asked him to and he wanted to help his friend.  The only reason he transported the trailer with all the boxes of marijuana in it to Ranes' residence was because SHINES valued RANES' friendship. The interview was then terminated.

13.   SHINE was then transported to the Anchorage, Detention Facility pending judicial proceedings.


**INDEXING**

1. SHINES, Nopenon Dennis - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

2. BROWNING, Kevin - ▇▇▇▇▇▇▇▇▇▇

3. BALES, Dylan - ▇▇▇▇▇▇▇▇▇▇

4. RHODEN, Rodney William: ▇▇▇▇▇▇▇

5. KILLIAN, Justin: ▇▇▇▇▇▇

6. RANES, Thomas: ▇▇▇▇▇▇▇▇

DEA Form    - 6a <br>
(Jul. 1996)

**DEA SENSITIVE** <br>
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration. <br>
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.