```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs.  NOPENON DENNIS SHINE     CASE NO. 3:06-CR-00041-02-RRB
Defendant: X Present   X In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           CARLA POORMAN

UNITED STATES ATTORNEY:          TOM BRADLEY

DEFENDANT'S ATTORNEY:            MIKE DIENI

PROCEEDINGS: CONTINUED EVIDENTIARY ON MOTION TO SUPPRESS
             DEFENDANT'S FIRST POLICE STATEMENT (DKT 408)
             HELD 05-15-07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:47 a.m. Court convened.

Court and counsel heard re Defendant's Motion to Suppress Defendant's First Police Statement (DKT 408).

Zachary Jones sworn and testified on behalf of Plaintiff. Plaintiff's exhibit 1 **ADMITTED**.

Arguments heard.

Court heard; Defendant's Motion to Suppress Defendant's First Police Statement (DKT 408); this matter taken **UNDER ADVISEMENT**, written ruling to issue as soon as possible.

Court ordered clerk to Order an expedited transcript of the hearing.

Defendant's detention continued.

At 11:11 a.m. court adjourned.

List of Witnesses and List of Exhibits to be filed separately.

Original exhibit retained by counsel.


DATE:       May 15, 2007    DEPUTY CLERK'S INITIALS:   CMP