(Rev 10/05)

# LIST OF EXHIBITS

Case No. 3:06-CR-00041-02-RRB Magistrate Judge/~~Judge~~: John D. Roberts

Title   U.S.A.

vs.   NoPenon Dennis Shine

Dates of Hearing/~~Trial~~: May 15, 2007

Deputy Clerk/Recorder: Carla Poorman \ Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Tom Bradley | Mike Dieni |
| | |
| | |

--------------------------------------------------EXHIBITS--------------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX #ID | | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| / | X | 5/15 | Paperwork | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |