NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
THOMAS C. BRADLEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: frank.russo@usdoj.gov

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-041-RRB |
| | ) | |
| Plaintiff, | ) | **MOTION FOR ORDER DIRECTING** |
| | ) | **UNITED STATES MARSHALS** |
| v. | ) | **SERVICE TO MAINTAIN CUSTODY** |
| | ) | |
| THOMAS P. RANES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW, the United States, having filed a Bill of Particulars for Forfeiture of Property (docket 491) contemporaneously herewith, hereby moves for an order directing that the United States Marshals Service maintain the status quo with respect to these assets, i.e., that the United States Marshals Service continue to maintain custody of these assets until

further order of this Court in connection with these proceedings.

    Respectfully submitted this 6th day of June, 2007, in Anchorage, Alaska

                      NELSON P. COHEN
                      United States Attorney

                      s/Frank V. Russo
                      FRANK V. RUSSO
                      Assistant U.S. Attorney
                      Federal Building & U.S. Courthouse
                      222 W. 7th Avenue, #9, Room 253
                      Anchorage, AK 99513-7567
                      Phone: (907) 271-5071
                      Fax: (907) 271-1500
                      E-mail: frank.russo@usdoj.gov

U.S. v. RANES, et al.
Case No. 3:06-cr-041-RRB

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2007, a true and correct copy of the foregoing MOTION FOR ORDER DIRECTING UNITED STATES MARSHALS SERVICE TO MAINTAIN CUSTODY was served electronically on the following:

Michael Filipoviv
Thomas Burke Wonnell
Steven M. Wells
Philip Paul Weidner
Darryl L. Thompson
Joseph P. Josephson
Robert M. Herz
Paula S. Deutsch
Allen N. Dayan
Rex Lamont Butler
Kevin F. McCoy
Scott A. Sterling
Allan D. Beiswenger


s/ Frank V. Russo

U.S. v. RANES, et al.
Case No. 3:06-cr-041-RRB

3