IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>**THOMAS P. RANES,**<br>**NOPENON DENNIS SHINE,**<br>DYLAN N. BALES,<br>CURTIS H. MCDONALD,<br>KEVIN A. BROWNING,<br>ROBERT H. MCDONALD,<br>JOSHUA S. MURPHY,<br>JUSTIN KILLIAN,<br>RODNEY W. RHODEN,<br>JAMES ROBERT RANES,<br>SAMUEL JOSEPH MATECHUK,<br>MITCHELL S. LEBLANC,<br>DANIEL J. KNEITEL,<br>KURTIS R. CROY,<br>KYLE MCDONALD-WOLOCHATIUK,<br>WILLIAM C. YANCEY,<br>YIN TAK MIU,<br><br>      Defendants. | Case No. 3:06-cr-0041-RRB<br><br><br><br>**ORDER DENYING MOTION TO**<br>**SUPPRESS EVIDENCE DERIVED**<br>**FROM WARRANTLESS SEARCH**<br>**OF CELL PHONE DATA MAINTAINED**<br>**ON BEHALF OF NOPENONE**<br>**DENNIS SHINE (DOCKET 423)** |

      Before the Court at Docket 423 is Defendant Nopenone Dennis Shine with a Motion to Suppress Evidence Derived from

Warrantless Search of Cell Phone Data.  Defendant Thomas P. Ranes joined the motion at Docket 432.

The Court has reviewed the motion, response thereto, and the Magistrate Judge's Recommendation at Docket 503 and **ADOPTS** the same.  Therefore, Defendant Shine's Motion to Suppress at Docket 423 and Defendant Ranes' joinder at Docket 432 are hereby **DENIED**.

ENTERED this 29th day of August, 2007.

```
                        S/RALPH R. BEISTLINE
                        UNITED STATES DISTRICT JUDGE
```