Kevin F. McCoy
Michael D. Dieni
Assistant Federal Defenders
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NOPENONE DENNIS SHINE,<br><br>Defendant. | Case No. 3:06-cr-0041-02-RRB<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |
|---|---|

  Nopenone Dennis Shine gives notice of his intent to change his plea in this matter. He asks that the change of plea hearing be set on or after November 1, 2007.  The government does not oppose Mr. Shine's request to calender the change of plea hearing in this matter on or after November 1, 2007.

DATED this 24th day of September 2007.

Respectfully submitted,

/s/ Kevin F. McCoy
Assistant Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
kevin_mccoy@fd.org


/s/ Michael D. Dieni
Assistant Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:
I certify that on September 24, 2007,
a copy of the *Notice of Intent to Change Plea* was served electronically on:

Frank V. Russo
Thomas C. Bradley
Assistant United States Attorneys
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy