MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. NOPENON DENNIS SHINE     CASE NO. 3:06-CR-00041-02-RRB
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:           RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:          SAMANTHA LARK

UNITED STATES' ATTORNEY:        FRANK RUSSO

DEFENDANT'S ATTORNEY:           KEVIN F. MCCOY

PROCEEDINGS: STATUS CONFERENCE HELD 09/25/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:30 a.m. court convened.

Court and counsel heard re defendant's intent to change plea.

Proposed Change of Plea set **November 1, 2007 at 9:00 a.m.**

Trial by Jury previously set October 15, 2007 at 8:30 a.m. **VACATED.**

Defendant's detention continued.

At 11:34 a.m. court adjourned.

Revised 6-18-07

DATE:      September 25, 2007       DEPUTY CLERK'S INITIALS: sal

Revised 6-18-07