UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA  v.  NOPENON DENNIS SHINE

DATE:   October 26, 2007     CASE NO.   3:06-CR-0041-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RESCHEDULING HEARING**

---

Due to a trial in Sacramento, the change of plea hearing scheduled for November 1, 2007, is **RESCHEDULED** and will be held on **Tuesday, November 6, 2007, at 10:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING HEARING