NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
THOMAS C. BRADLEY
Assistant U.S. Attorneys
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: Frank.Russo@usdoj.gov
       Thomas.Bradley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:06-cr-00041-RRB-JDR |
| ) | |
| Plaintiff, ) | COUNT 1 |
| ) | USE OF FIREARM IN |
| vs. ) | FURTHERANCE OF DRUG |
| ) | TRAFFICKING CRIME CAUSING |
| NOPENONE DENNIS SHINE, ) | DEATH |
| ) |    Vio. of 18 U.S.C. §§  924(c)(1)(A), |
| Defendant. ) | 924(j)(1). |
| ) | |

INFORMATION

The United States Attorney charges that:

COUNT 1

On or about June 1, 2005, in the District of Alaska, defendant NOPENONE DENNIS SHINE did knowingly use and carry a firearm, that is, a 9mm Beretta semiautomatic pistol, serial number BER231909Z, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Conspiracy to Import Controlled Substances, in violation of Title 21, United States Code, Sections 963, 952, 960(a) and (b)(1) & (b)(3), and in the course of said violation did thereby unlawfully and intentionally with malice aforethought cause the death of a person, that is, Thomas Cody, through the use of said firearm, said killing being a murder in the first degree as defined by Title 18, United States Code, Section 1111(a).

All of which in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(j).

NELSON P. COHEN
United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: Thomas.Bradley@usdoj.gov

DATED: 11/13/07