```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs. <u>NOPENON DENNIS SHINE</u>     CASE NO. <u>3:06-CR-00041-02</u>
Defendant:  <u>X</u> Present  <u>X</u> In Custody

BEFORE THE HONORABLE:            <u>RALPH R. BEISTLINE</u>

DEPUTY CLERK/RECORDER:           <u>SAMANTHA LARK</u>

UNITED STATES' ATTORNEY:         <u>THOMAS BRADLEY AND FRANK RUSSO</u>

DEFENDANT'S ATTORNEY:            <u>MIKE DIENI</u>

U.S.P.O.:                        <u>BETH MADER</u>

PROCEEDINGS: ARRAIGNMENT ON FELONY INFORMATION AND PROPOSED
             CHANGE OF PLEA HEARING HELD 11/19/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:38 a.m. court convened.

<u>X</u> Copy of Information given to defendant: waived reading.

<u>X</u> Defendant sworn.

<u>X</u> Defendant advised of general rights, charges and penalties.

<u>X</u> Defendant stated true name: <u>same as above</u>     Age: <u>44</u>

<u>X</u> Waiver of Indictment **FILED.**

<u>X</u> Defendant changed plea to guilty on counts <u>1 of the Second Superseding Indictment, and count 1 of the Felony Information. Count 2 of the Second Superseding Indictment to be dismissed at the Imposition of Sentence.</u>

<u>X</u> Court accepted plea. Referred to P.O. for Presentence Report.

<u>X</u> Imposition of Sentence set for **May 12, 2008 at 9:00 a.m.**

<u>X</u> Defendant detention continued.

<u>X</u> OTHER: <u>Court and counsel heard re government to file Order of Forfeiture re Count 141 of the Second Superseding Indictment.</u>

At 12:12 p.m. court adjourned.

DATE: <u>November 19, 2007</u>       DEPUTY CLERK'S INITIALS: <u>sal</u>
Revised 6-18-07