AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Nopenon Dennis Shine

**WAIVER OF INDICTMENT**

CASE NUMBER: 3:06-CR-00041-02-RRB

I, Nopenon Dennis Shine, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on November 19, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before  REDACTED
_____
Judge