NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone (907) 271-5071
Fax (907) 271-5011
Email Frank.Russo@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:06-CR-00041-RRB |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED MOTION TO** |
| | ) | **CONTINUE IMPOSITION OF** |
| vs. | ) | **SENTENCE** |
| | ) | |
| THOMAS P. RANES and | ) | |
| NOPENONE DENNIS SHINE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW, the United States of America, and moves this Court to

continue the imposition of sentence for the above-captioned defendants.

Defendant Ranes' sentencing is scheduled for April 24, 2008 and defendant

Shine's sentencing is scheduled for May 12, 2008.

The United States Probation Office needs additional time to prepare the pre-sentence investigation report for each defendant.  Therefore, the government requests the sentencing hearings be continued to the end of May to allow for the completion of the pre-sentence investigation reports.  As before, it is requested that the sentencing of each defendant occur on separate days.

RESPECTFULLY SUBMITTED on this 4th day of March, 2008, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax (907) 271-5011
Email Frank.Russo@usdoj.gov

Certificate of Service

I declare under penalty of perjury that a true
and correct copy of the foregoing was sent to
the following counsel of record on March 4, 2008., via:

       (X )ECF

Allen Bentley
Thomas Burke Wonnell
Steven M. Wells
Philip Paul Weidner
Darryl L. Thompson
Joseph P. Josephson
Robert M. Herz
Paula S. Deutsch
Allen N. Dayan
Rex Lamont Butler
Kevin F. McCoy
Scott A. Sterling
Allan D. Beiswenger

Executed at Anchorage, Alaska, on March 4, 2008.


s/Frank V. Russo